**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lawrence A. Brittingham                CHAPTER 13
         Michelle M. Rodriguez
             Debtor(s)                  BKY. NO. 24-12169 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                       Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
02 Jul 2024, 18:56:24, EDT

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322

Document ID: 5b0d50269d7dc48b919cd24fb63ad6c70f5d1f0473bc79cca63e11e51db35b86