Office Mailing Address:                                                       Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                   Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                        P.O. Box 680
Reading, PA  19606                                                          Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-12169-PMM**

Lawrence A. Brittingham                                    Petition Filed Date: 06/24/2024
Michelle M. Rodriguez                                      341 Hearing Date: 08/06/2024
4494 Bellflower Way                                        Confirmation Date:
Allentown  PA     18104

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 07/31/2024 | $880.00 | | | | | | | |

**Total Receipts for the Period:  $880.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $880.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AFFIRM INC<br>»» 001 | Unsecured Creditors | $1,133.41 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $910.52 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,044.76 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,091.83 | $0.00 | $0.00 |
| 5 | ALLY BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $4,330.03 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NA<br>»» 007 | Unsecured Creditors | $9,260.01 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $5,729.79 | $0.00 | $0.00 |
| 9 | WELLS FARGO<br>»» 009 | Unsecured Creditors | $3,432.86 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 010 | Unsecured Creditors | $4,243.71 | $0.00 | $0.00 |
| 11 | MERRICK BANK<br>»» 011 | Unsecured Creditors | $1,240.43 | $0.00 | $0.00 |
| 12 | THE BANK OF MISSOURI<br>»» 012 | Unsecured Creditors | $1,068.72 | $0.00 | $0.00 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $2,897.99 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $5,177.19 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $1,395.33 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $1,618.11 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12169-PMM**

| SUMMARY |
|---------|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $880.00 | Current Monthly Payment: | $880.00 |
| Paid to Claims: | $0.00 | Arrearages: | $880.00 |
| Paid to Trustee: | $88.00 | Total Plan Base: | $52,800.00 |
| Funds on Hand: | $792.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.