United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-12169-pmm
Lawrence A. Brittingham  Chapter 13
Michelle M. Rodriguez
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 3
Date Rcvd: Dec 05, 2024  Form ID: 155  Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence A. Brittingham, Michelle M. Rodriguez, 4494 Bellflower Way, Allentown, PA 18104-8200 |
| 14900487 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219-9111 |
| 14904043 | + | Nationstar Mortgage LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14900495 | | WELLS FARGO CARD SERVICES, Credit Bureau Dispute Resolut, Des Moines, IA 50306 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14906593 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2024 00:11:31 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14901390 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 06 2024 00:12:21 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14913317 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 06 2024 00:00:22 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14900476 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 05 2024 23:58:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14900477 | + | Email/Text: bk@avant.com | Dec 05 2024 23:59:00 | Avant Inc., 222 N LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14900478 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2024 00:12:21 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14912582 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2024 23:59:39 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14915890 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2024 00:12:37 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14900479 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2024 23:58:00 | ComenityBank/VictoriaSecret, PO Box 182789, Columbus, OH 43218-2789 |
| 14900480 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2024 23:58:00 | ComenityCapital/UltaMC, PO Box 182120, Columbus, OH 43218-2120 |
| 14900481 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 05 2024 23:58:00 | Commerical Acceptance Company, 2300 Gettysburg Rd -Ste 102, Camp Hill, PA 17011-7303 |
| 14900483 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2024 23:59:32 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14900484 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 05 2024 23:59:52 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

Case 24-12169-pmm    Doc 23    Filed 12/07/24    Entered 12/08/24 00:33:58    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 155 | Total Noticed: 44 |

| Recipient ID | | Method / Email | Date/Time | Party |
|---|---|---|---|---|
| 14913890 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14914068 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14919470 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2024 00:00:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14915075 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 06 2024 00:12:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14900485 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2024 00:12:17 | Macys/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 14900486 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2024 23:59:51 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14919280 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 23:58:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14903683 | ^ | MEBN | Dec 05 2024 23:54:02 | Nationstar Mortgage LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14933811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2024 00:11:50 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14911593 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14918506 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14918508 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14918505 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2024 23:58:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14919472 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14900489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2024 00:11:49 | SYNCB/Care Credit, PO Box 71715, Philadelphia, PA 19176-1715 |
| 14900488 | ^ | MEBN | Dec 05 2024 23:53:46 | St. Luke's, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14919474 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 06 2024 00:00:18 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14900490 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 05 2024 23:58:00 | TBOM/Aspire MC, 5 Concourse Parkway - Ste 400, Atlanta, GA 30328-9114 |
| 14900491 | + | Email/Text: bankruptcy@td.com | Dec 05 2024 23:58:00 | TD Bank NA, PO Box 1448, Greenville, SC 29602-1448 |
| 14915585 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 05 2024 23:58:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 14900492 | | Email/Text: bknotice@upgrade.com | Dec 05 2024 23:58:00 | Upgrade Inc, 275 Battery St - FL 23, San Francisco, CA 94111 |
| 14900496 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:12:41 | WFBNA Home Lending, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14900493 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:23:32 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14914377 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 06 2024 00:11:46 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 14914621 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 05 2024 23:59:57 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14914610 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:12:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14900494 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:00:25 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14900482 |  | Credit Card FB&T, Po Box 84064 |
| 14919475 | * | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Michelle M. Rodriguez claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Lawrence A. Brittingham claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　Lawrence A. Brittingham<br><br>　Michelle M. Rodriguez<br><br>　Debtor(s). | Case No. 24−12169−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 5, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court