Office Mailing Address:                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                          P.O. Box 680
Reading, PA  19606                                             Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-12169-PMM

Lawrence A. Brittingham                          Petition Filed Date: 06/24/2024
Michelle M. Rodriguez                            341 Hearing Date: 08/06/2024
4494 Bellflower Way                              Confirmation Date: 12/05/2024
Allentown  PA    18104

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2024 | $880.00 | | 10/01/2024 | $880.00 | | 10/31/2024 | $880.00 | |
| 12/03/2024 | $880.00 | | 01/02/2025 | $880.00 | | 01/31/2025 | $880.00 | |
| 03/03/2025 | $880.00 | | 03/31/2025 | $880.00 | | 05/01/2025 | $880.00 | |
| 06/03/2025 | $880.00 | | 07/01/2025 | $880.00 | | 07/31/2025 | $880.00 | |

**Total Receipts for the Period: $10,560.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,440.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | AFFIRM INC<br>»» 001 | Unsecured Creditors | $1,133.41 | $124.98 | $1,008.43 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $910.52 | $88.16 | $822.36 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,044.76 | $225.45 | $1,819.31 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,091.83 | $105.72 | $986.11 |
| 5 | ALLY BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $4,330.03 | $477.41 | $3,852.62 |
| 7 | WELLS FARGO BANK NA<br>»» 007 | Unsecured Creditors | $9,260.01 | $1,021.00 | $8,239.01 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $5,729.79 | $631.75 | $5,098.04 |
| 9 | WELLS FARGO BANK NA<br>»» 009 | Unsecured Creditors | $3,432.86 | $378.50 | $3,054.36 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 010 | Unsecured Creditors | $4,243.71 | $467.93 | $3,775.78 |
| 11 | MERRICK BANK<br>»» 011 | Unsecured Creditors | $1,240.43 | $136.78 | $1,103.65 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,068.72 | $103.48 | $965.24 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $2,897.99 | $319.54 | $2,578.45 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $5,177.19 | $570.83 | $4,606.36 |

**Chapter 13 Case No. 24-12169-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $1,395.33 | $153.84 | $1,241.49 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $1,618.11 | $178.40 | $1,439.71 |
| 17 | NATIONSTAR MORTGAGE LLC<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $2,760.99 | $304.42 | $2,456.57 |
| 19 | RESURGENT RECEIVABLES, LLC<br>»» 019 | Unsecured Creditors | $5,306.41 | $585.09 | $4,721.32 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,046.51 | $101.31 | $945.20 |
| 21 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $1,117.17 | $123.18 | $993.99 |
| 22 | RESURGENT RECEIVABLES, LLC<br>»» 022 | Unsecured Creditors | $2,191.74 | $241.64 | $1,950.10 |
| 23 | SYNCHRONY BANK<br>»» 023 | Unsecured Creditors | $3,447.57 | $380.12 | $3,067.45 |
| 24 | SYNCHRONY BANK<br>»» 024 | Unsecured Creditors | $482.62 | $40.25 | $442.37 |
| 25 | AVANT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | COMMERCIAL ACCEPTANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | CREDIT CARD FB&T | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | ST LUKES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | UPGRADE, INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,440.00 | Current Monthly Payment: | $880.00 |
| Paid to Claims: | $10,447.78 | Arrearages: | $880.00 |
| Paid to Trustee: | $924.00 | Total Plan Base: | $52,800.00 |
| Funds on Hand: | $68.22 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.