United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Lawrence A. Brittingham

Michelle M. Rodriguez

    Debtors

Case No. 24-12169-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence A. Brittingham, Michelle M. Rodriguez, 4494 Bellflower Way, Allentown, PA 18104-8200 |
| 14900487 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219-9111 |
| 14904043 | + | Nationstar Mortgage LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14900495 | | WELLS FARGO CARD SERVICES, Credit Bureau Dispute Resolut, Des Moines, IA 50306 |
| 14900496 | + | WFBNA Home Lending, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 13 2026 01:23:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 13 2026 01:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2026 01:25:29 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14906593 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 01:36:40 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14901390 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2026 01:25:24 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14913317 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2026 01:25:35 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14900476 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 13 2026 01:23:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14900477 | + | Email/Text: bk@avant.com | Mar 13 2026 01:23:00 | Avant Inc., 222 N LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14900478 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2026 01:25:35 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14912582 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2026 01:25:36 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14915890 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2026 01:36:41 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14900479 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2026 01:23:00 | ComenityBank/VictoriaSecret, PO Box 182789, Columbus, OH 43218-2789 |
| 14900480 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2026 01:23:00 | ComenityCapital/UltaMC, PO Box 182120, |

District/off: 0313-4 | User: admin | Page 2 of 4
Date Rcvd: Mar 12, 2026 | Form ID: pdf900 | Total Noticed: 47

| | | | |
|---|---|---|---|
| | | | Columbus, OH 43218-2120 |
| 14900481 | + Email/Text: dylan.succa@commercialacceptance.net | Mar 13 2026 01:23:00 | Commerical Acceptance Company, 2300 Gettysburg Rd -Ste 102, Camp Hill, PA 17011-7303 |
| 14900483 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2026 01:25:29 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14900484 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 13 2026 01:25:28 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14913890 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2026 01:23:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14914068 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2026 01:23:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14919470 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 01:36:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14915075 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2026 01:25:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14900485 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2026 01:36:47 | Macys/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 14900486 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2026 01:25:24 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14919280 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2026 01:23:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14903683 | ^ MEBN | Mar 13 2026 01:19:42 | Nationstar Mortgage LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14933811 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2026 01:25:29 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14911593 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2026 01:23:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14918506 | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2026 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14918508 | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2026 01:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14918505 | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2026 01:23:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14919472 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 01:36:52 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14900489 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2026 01:25:28 | SYNCB/Care Credit, PO Box 71715, Philadelphia, PA 19176-1715 |
| 14900488 | ^ MEBN | Mar 13 2026 01:19:33 | St. Luke's, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14919474 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2026 01:25:22 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14900490 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 13 2026 01:23:00 | TBOM/Aspire MC, 5 Concourse Parkway - Ste 400, Atlanta, GA 30328-9114 |
| 14900491 | + Email/Text: bankruptcy@td.com | Mar 13 2026 01:23:00 | TD Bank NA, PO Box 1448, Greenville, SC 29602-1448 |
| 14915585 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 13 2026 01:23:00 | The Bank of Missouri dba Fortiva, PO Box |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Mar 12, 2026 | Form ID: pdf900 | Total Noticed: 47

| | | | | 105555, Atlanta, GA 30348-5555 |
|---|---|---|---|---|
| 14900492 | Email/Text: bknotice@upgrade.com | | Mar 13 2026 01:23:00 | Upgrade Inc, 275 Battery St - FL 23, San Francisco, CA 94111 |
| 14900493 | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | Mar 13 2026 01:25:24 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14914377 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | Mar 13 2026 01:25:22 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |
| 14914621 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | Mar 13 2026 01:25:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14914610 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | Mar 13 2026 01:25:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14900494 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | Mar 13 2026 01:25:28 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14900482 | | Credit Card FB&T, Po Box 84064 |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14919475 | * | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

**Name** | **Email Address**

CHARLES LAPUTKA
on behalf of Joint Debtor Michelle M. Rodriguez ecfnotices@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
on behalf of Debtor Lawrence A. Brittingham ecfnotices@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

District/off: 0313-4                         User: admin                                    Page 4 of 4
Date Rcvd: Mar 12, 2026                      Form ID: pdf900                               Total Noticed: 47

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
    Lawrence A. Brittingham
    Michelle M. Rodriguez                       Bankruptcy No. 24-12169-PMM

                    Debtors

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 12, 2026**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE